AO 442 (Rev. 11/11) Arrest Warrant     AUSA Name & Telno:

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>FLORES YAROK RIOS-ROSA,<br><br>_____<br>*Defendant* | )<br>)<br>)   Case No.   S1 26 Cr. 194 (SHS)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   FLORES YAROK RIOS-ROSA                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. Sec. 846 (Narcotics Conspiracy)


Date:  7/22/26

                                                    *Tammi M. Hellwig*
                                                    *Issuing officer's signature*

                                                    **Tammi M. Hellwig**

City and state:   New York, NY                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/29/2026 , and the person was arrested on *(date)* 7/29/2026<br>at *(city and state)*  San Juan, PR . <br><br>Date: 07/29/2026<br><br>                                    *Arresting officer's signature*<br><br>                    Analiz Suárez Vélez, Special Agent<br>                                    *Printed name and title* |