# United States District Court
# District of Puerto Rico (San Juan)
# CRIMINAL DOCKET FOR CASE #: 3:26−mj−00732−MBA All Defendants

Case title: USA v. Rios −Rosa

Date Filed: 07/29/2026

Other court case number: S1 1:26−CR−194−3 (SHS) Southern District of New York

---

Assigned to: US Magistrate Judge Mariana E. Bauza−Almonte

**Defendant (1)**

**Flores Yarok Rios −Rosa**
40147−069

represented by

**Federal Public Defender Office**
241 Franklin D Roosevelt
3rd Floor
San Juan, PR 00918
787−281−4922
Fax: 787−281−4899
Email: prx_notifications@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Celso J. Perez−Carballo**
Federal Public Defender
District of Puerto Rico
241 Ave. F.D. Roosevelt
San Juan, PR 00918
787−474−6348
Email: celso_perez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Kayla M. Ortiz**
Federal Public Defender District of Puerto Rico
241 F.D. Roosevelt Ave.
San Juan, PR 00918
787−281−4922
Email: kayla_ortiz@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846=ND.F Conspiracy to Distribute Narcotics (1) | |

---

**Interested Party**

**US Probation Office**

---

**Plaintiff**

**USA** represented by **Natalia Quinones−Cruz**
DOJ−USAO
Torre Chardon
350 Carlos Chardon Street
Suite 1201
San Juan, PR 00918
787−282−1854
Email: natalia.quinones.cruz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2026 | 1 | Rule 5(c)(3) Documents Received as to Flores Yarok Rios −Rosa (1). (Attachments: # 1 BOP Prisoner Remand Form, # 2 Arrest Warrant)(ecc) (Main Document 1 replaced on 7/31/2026) (ecc). (Attachment 1 replaced on 7/31/2026) (ecc). (Attachment 2 replaced on 7/31/2026) (ecc). (Main Document 1 replaced on 7/31/2026) (ecc). (Entered: 07/29/2026) |
| 07/29/2026 | | Arrest of Flores Yarok Rios −Rosa (1). (vdm) (Entered: 07/31/2026) |
| 07/29/2026 | 3 | *RESTRICTED* CJA 23 Financial Affidavit by Flores Yarok Rios −Rosa (1). (vdm) (Entered: 07/31/2026) |
| 07/29/2026 | 4 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before US Magistrate Judge Mariana E. Bauza−Almonte: Initial Appearance in Rule 5(c)(3) Proceedings as to Flores Yarok Rios −Rosa (1) held on 7/29/2026. Present were AUSA on duty Natalia Quinones and AFPD on duty Celso Perez. Defendant was present in court, under custody, and assisted by a certified court interpreter. He was provided with a copy of the superseding indictment received from the Southern District of New York, and advised as to the charges, maximum penalties he is facing and his rights. After reviewing the CJA−23 form filed by the defendant, the Court deemed it appropriate to appoint counsel. Defendant will be represented by an attorney from the FPDs Office. Defendant advised of due process rights pursuant to Brady v. Maryland. The government moved for detention. AFPD Perez did not request conditions of release at this time. **Identity, Removal, and Bail Hearing set for 8/12/2026 at 1:30 PM in Available Courtroom in Old San Juan Courthouse before US Magistrate Judge Mariana E. Bauza−Almonte.** Defendant is ordered temporarily detained. The Government requested the Court to unseal the superseding indictment. (Court Reporter DCR.) (Hearing held in OSJ Courtroom 4.) Hearing held at 02:47. Hearing ended at 02:54. Interpreter: Gustavo Mercado. (vdm) Modified on 8/3/2026 to add the last two sentences about detention and unseal case. (vdm). (Entered: 08/03/2026) |
| 07/29/2026 | 5 | ORDER scheduling detention hearing as to Flores Yarok Rios −Rosa (1). Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Mariana E. Bauza−Almonte on 7/29/2026.(vdm) (Entered: 08/03/2026) |
| 07/29/2026 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Flores Yarok Rios −Rosa (1). Signed by US Magistrate Judge Mariana E. Bauza−Almonte on 7/29/2026.(vdm) (Entered: 08/03/2026) |
| 07/31/2026 | 2 | NOTICE OF ATTORNEY APPEARANCE: Kayla M. Ortiz appearing for Flores Yarok Rios −Rosa (1) (Ortiz, Kayla) (Entered: 07/31/2026) |
| 08/06/2026 | 7 | ORDER as to Flores Yarok Rios −Rosa (1): **Identity, Removal, and Bail Hearing set for 8/12/2026 at 1:30 PM will be held in Old San Juan Courtroom 4 − 3rd Floor before US Magistrate Judge Mariana E. Bauza−Almonte.** Signed by US Magistrate Judge Mariana E. Bauza−Almonte on 8/6/2026.(vdm) (Entered: 08/06/2026) |
| 08/10/2026 | 8 | ***SELECTED PARTIES***Notice of Disclosure of Pretrial Services Report as to Flores Yarok Rios −Rosa (1). Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be produced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. 3153(c)(1), by USA, US Probation Office, Flores Yarok Rios −Rosa (Castro, August) (Entered: 08/10/2026) |
| 08/12/2026 | 9 | WAIVER of Identity Hearing by Flores Yarok Rios −Rosa (1). (vdm) (Entered: 08/13/2026) |
| 08/12/2026 | 10 | Minute Entry for proceedings held before US Magistrate Judge Mariana E. Bauza−Almonte: Identity, Bail, and Removal Hearing as to Flores |

| | | |
|---|---|---|
| | | Yarok Rios−Rosa (1) held on 8/12/2026. Present were AUSA Corinne Cordero covering for AUSA Natalia Quinones, AFPD Kayla M. Ortiz, and USPO August Castro. Defendant was under custody, present in court, and assisted by a certified court interpreter. Defendant waived his right to have an identity hearing and did not contest his identity. The Court accepted the waiver and made a finding that the defendant Flores Yarok Rios−Rosa is the individual being sought in the Southern District of New York where a superseding indictment with Cr. No. S1 26−cr−194 (SHS) was returned against him. As to bail, AFPD Ortiz argued for conditions of release. AUSA Cordero moved for detention on both grounds. USPO Castro was also heard. After having heard the parties, the Court adopted the findings and recommendations of the pretrial services report (PTSR) and ordered defendant detained pending trial. The U.S. Marshal was ordered to remove the defendant to the Southern District of New York for further proceedings. (Court Reporter DCR.) (Hearing held in OSJ Courtroom 4.) Hearing set for 01:30. Hearing held at 01:38. Hearing ended at 01:58. Interpreter: Edna Brayfield. (vdm) (Entered: 08/13/2026) |
| 08/12/2026 | 11 | ORDER OF DETENTION PENDING TRIAL as to Flores Yarok Rios −Rosa (1). Signed by U.S. Magistrate Judge Mariana E. Bauza−Almonte on 8/12/2026. (SPM) Modified on 8/17/2026 to correct filing date. (vdm) (Entered: 08/14/2026) |
| 08/12/2026 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Flores Yarok Rios −Rosa (1). Defendant committed to District of Southern District of New York. Signed by US Magistrate Judge Mariana E. Bauza−Almonte on 8/12/2026.(vdm) (Entered: 08/14/2026) |
| 08/14/2026 | 13 | MOTION Requesting Transcripts *CD/Tape Request* by Flores Yarok Rios −Rosa (1). Responses due by 8/28/2026. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit) Email Notification sent to Court Services Manager. (Ortiz, Kayla) (Entered: 08/14/2026) |
| 08/14/2026 | 14 | ORDER granting 13 Motion Requesting Transcript as to Flores Yarok Rios −Rosa (1). Signed by U.S. Magistrate Judge Mariana E. Bauza−Almonte on 8/14/2026. Notification sent to Court Services Manager. (SPM) (Entered: 08/14/2026) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KEVEN MUNIZ BLAZQUEZ,
TANIA NADETTE BLAZQUEZ, and
FLORES YAROK RIOS-ROSA,

Defendants.

**SEALED INDICTMENT**

S1 26 Cr. 194 (SHS)

**COUNT ONE**
**(Conspiracy to Distribute Narcotics)**

The Grand Jury charges:

1. From at least in or around May 2025 through in or around March 2026, in the Southern District of New York and elsewhere, KEVEN MUNIZ BLAZQUEZ, TANIA NADETTE BLAZQUEZ, and FLORES YAROK RIOS-ROSA, the defendants, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

2. It was a part and an object of the conspiracy that KEVEN MUNIZ BLAZQUEZ, TANIA NADETTE BLAZQUEZ, and FLORES YAROK RIOS-ROSA, the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances involved in the offense were (i) 400 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A); and (ii) 500 grams and more of mixtures and substances

containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

4. As a result of committing the offense alleged in Count One of this Indictment, KEVEN MUNIZ BLAZQUEZ, TANIA NADETTE BLAZQUEZ, and FLORES YAROK RIOS-ROSA, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

[redacted]
FOREPERSON
07/22/2026

Jay Clayton
JAY CLAYTON
United States Attorney

BP-A0377
APR 10

**PRISONER REMAND** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| ARRESTING OFFICER WILL COMPLETE ALL REQUIRED DATA ON THIS FORM PRIOR TO COMMITTING TO MCC/MDCs. | | Register Number | PICTURE |
|---|---|---|---|
| Name: Last<br>RIOS ROSA | First<br>FLORES | Middle<br>YAROK | |
| AKAs: | | | |

| Race (Check) | Sex (Check) | Ethnic Origin (Check) | D.O.B. | SSN: | FBI: 431223WA3<br>INS:<br>Other: |
|---|---|---|---|---|---|
| __B ✓W __A __I | ✓M __F | ✓Hispanic or __Other | 07/13/75 | 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 | |

CHARGES
CHECK CATEGORY OF CHARGES(S):
✓ FELONY ______ MISDEMEANOR ______ CIVIL CONTEMPT ______ MATERIAL WITNESS

OTHER

NARRATIVE:
Title: 21 USC: 846
NARRATIVE:
Title: ______ USC: ______

Date of Offense: 07/22/2026 Date of Arrest: 07/22/2026 Place of Arrest: SAN JUAN

| State of Birth | Country of Birth | Citizenship | Current Address | Zip Code |
|---|---|---|---|---|
| PUERTO RICO | USA | USA | 1606 AVE FERNANDEZ JUNCOS SJ, PR. | 00906 |

| Height | Weight | Hair | Eyes | Scars / Marks / Tattoos |
|---|---|---|---|---|
| Ft: 5 In: 9 | 205 | N/A | BLACK | |

| Injuries / Medication | Emergency Contact: (Name, Address, Phone Number) |
|---|---|
| | |

| Arraigned | Sentenced | Special Handling: __Y or ✓N<br>Remarks: |
|---|---|---|
| __Y ✓N | __Y ✓N | |

IN IN IN IN IN

| Remanding Official (Name)<br>Sign<br><br>Print | Agency/District | Phone/24 Hour Number |
|---|---|---|

OUT OUT OUT OUT OUT

| Removing Official (Name)<br>Sign<br><br>Print | Agency/District | Phone/24 Hour Number |
|---|---|---|

**FOR BOP USE ONLY**

| Receiving Official (Name) Date / Time<br>Sign<br><br>Print | Releasing Official (Name) Date / Time<br>Sign<br><br>Print |
|---|---|

| Sentry Load Data: (Must Initial)<br>Name Search Completed by:<br>______<br>Clearance/Separate Checked by:<br>______ | (OPTIONAL USE)<br>ARS Code______ Staff Init. ______<br>Add AKA's ______<br>Create Cash Account ______<br>Deposit Cash ______ Amt. ______<br>Detainers ______<br>Court ______<br>Clothing Bag # ______ | RIGHT THUMBPRINT |
|---|---|---|

Original-for ISM as Remanding-Removal receipt; Copy-for Control as Removal Receipt (NCIC); Copy-For Removing Official; Copy-for Control as Remanding Receipt (Inmate); Copy-INS-Alien in Custody.

PDF Prescribed by P5800
This form replaces BP-S377(58) and BP-377(58) of JUL 91

AO 442 (Rev. 11/11) Arrest Warrant AUSA Name & Telno:

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br><br>FLORES YAROK RIOS-ROSA,<br><br>*Defendant* | ) ) ) ) ) ) | Case No. S1 26 Cr. 194 (SHS) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* FLORES YAROK RIOS-ROSA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Sec. 846 (Narcotics Conspiracy)

Date: 7/22/26

*Issuing officer's signature*

City and state: New York, NY

Tammi M. Hellwig

*Printed name and title*

**Return**

This warrant was received on *(date)* 7/29/2026 , and the person was arrested on *(date)* 7/29/2026
at *(city and state)* San Juan, PR .

Date: 07/29/2026

*Arresting officer's signature*

Analiz Suárez Vélez, Special Agent

*Printed name and title*

MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Celso J. Perez-Carballo (celso_perez@fd.org, karen_frame@fd.org), Natalia Quinones-Cruz (caseview.ecf@usdoj.gov, cyd.febre.rosado@usdoj.gov, efrain.padilla.ramos@usdoj.gov, natalia.quinones.cruz@usdoj.gov), US Magistrate Judge Mariana E. Bauza-Almonte (mariana_bauza@prd.uscourts.gov, prd_mba@prd.uscourts.gov)
--Non Case Participants: PRP Calendars, Rule 5 docs, Crim Cmp. (prp_pretrial@prp.uscourts.gov), USM Fugitive Task Force (usms.prdfedwarrants@usdoj.gov), USM Operations (prd-cellblock@usdoj.gov, usms.prdpriserv@usdoj.gov)
--No Notice Sent:

Message-Id:9212166@prd.uscourts.gov
Subject:Activity in Case 3:26-mj-00732-MBA USA v. Rios -Rosa Arrest
Content−Type: text/html

**United States District Court**

**District of Puerto Rico**

## Notice of Electronic Filing

The following transaction was entered on 7/31/2026 at 4:08 PM AST and filed on 7/29/2026

| | |
|---|---|
| **Case Name:** | USA v. Rios −Rosa |
| **Case Number:** | 3:26−mj−00732−MBA |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest of Flores Yarok Rios −Rosa (1). (vdm)**

**3:26−mj−00732−MBA−1 Notice has been electronically mailed to:**

Celso J. Perez−Carballo     celso_perez@fd.org, karen_frame@fd.org

Natalia Quinones−Cruz     natalia.quinones.cruz@usdoj.gov, CaseView.ECF@usdoj.gov, cyd.febre.rosado@usdoj.gov, efrain.padilla.ramos@usdoj.gov

**3:26−mj−00732−MBA−1 Notice has been delivered by other means to:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**FLORES YAROK RIOS-ROSA,**<br>Defendant. | **Crim. No. 26-732 (MBA)** |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

1. Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Flores Yarok Rios-Rosa.

2. Under policy of the Federal Public Defender for the District of Puerto Rico, notice of electronic filings are asked to be made jointly to the case assigned AFPD's email, to the Federal Public Defender at PRX_Notifications, and to Janely_Rosa@fd.org.

**I CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will send notification of this filing to the parties of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 31st day of July 2026.

**RACHEL BRILL**
Federal Public Defender
District of Puerto Rico

**S/ KAYLA ORTIZ**
Kayla Ortiz
USDC-PR G04508
241 F.D. Roosevelt Ave.
San Juan, PR 00918
Tel. (787) 281-4922 / Fax (787) 281-4899
Email: Kayla_Ortiz@fd.org

MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Kayla M. Ortiz (ann_ramirez@fd.org, kayla_ortiz@fd.org, vivianne_marrero@fd.org), Celso J. Perez-Carballo (celso_perez@fd.org, karen_frame@fd.org), Natalia Quinones-Cruz (caseview.ecf@usdoj.gov, cyd.febre.rosado@usdoj.gov, efrain.padilla.ramos@usdoj.gov, natalia.quinones.cruz@usdoj.gov), US Magistrate Judge Mariana E. Bauza-Almonte (mariana_bauza@prd.uscourts.gov, prd_mba@prd.uscourts.gov)
--Non Case Participants: PRP Calendars, Rule 5 docs, Crim Cmp. (prp_pretrial@prp.uscourts.gov), USM Operations (prd-cellblock@usdoj.gov, usms.prdpriserv@usdoj.gov), ad hoc (emanuel_bravo@prp.uscourts.gov, prp_pretrial@prp.uscourts.gov)
--No Notice Sent:

Message-Id:9213532@prd.uscourts.gov
Subject:Activity in Case 3:26-mj-00732-MBA USA v. Rios -Rosa Initial Appearance - Rule 5(c)(3)
Content−Type: text/html

**United States District Court**

**District of Puerto Rico**

## Notice of Electronic Filing

The following transaction was entered on 8/3/2026 at 2:15 PM AST and filed on 7/29/2026

| | |
|---|---|
| **Case Name:** | USA v. Rios −Rosa |
| **Case Number:** | 3:26−mj−00732−MBA |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**Minute Entry for proceedings held before US Magistrate Judge Mariana E. Bauza−Almonte: Initial Appearance in Rule 5(c)(3) Proceedings as to Flores Yarok Rios −Rosa (1) held on 7/29/2026. Present were AUSA on duty Natalia Quinones and AFPD on duty Celso Perez. Defendant was present in court, under custody, and assisted by a certified court interpreter. He was provided with a copy of the superseding indictment received from the Southern District of New York, and advised as to the charges, maximum penalties he is facing and his rights. After reviewing the CJA−23 form filed by the defendant, the Court deemed it appropriate to appoint counsel. Defendant will be represented by an attorney from the FPDs Office. Defendant advised of due process rights pursuant to Brady v. Maryland. The government moved for detention. AFPD Perez did not request conditions of release at this time. Identity, Removal, and Bail Hearing set for 8/12/2026 at 1:30 PM in Available Courtroom in Old San Juan Courthouse before US Magistrate Judge Mariana E. Bauza−Almonte. (Court Reporter DCR.) (Hearing held in OSJ Courtroom 4.) Hearing held at 02:47. Hearing ended at 02:54. Interpreter: Gustavo Mercado. (vdm)**

**3:26−mj−00732−MBA−1 Notice has been electronically mailed to:**

Celso J. Perez−Carballo celso_perez@fd.org, karen_frame@fd.org

Natalia Quinones−Cruz natalia.quinones.cruz@usdoj.gov, CaseView.ECF@usdoj.gov, cyd.febre.rosado@usdoj.gov, efrain.padilla.ramos@usdoj.gov

Kayla M. Ortiz kayla_ortiz@fd.org, ann_ramirez@fd.org, vivianne_marrero@fd.org

**3:26−mj−00732−MBA−1 Notice has been delivered by other means to:**

AO 471 (Rev. 01/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Flores Yarok Rios -Rosa<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 26-mj-00732-MBA-1 |

**ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)**

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole. This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:** The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until *(date)* 8/12/2026 .

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred. If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings.

Date: 07/29/2026

*s/ Mariana Bauzá-Almonte*
*Judge's signature*

Mariana Bauzá-Almonte, U.S. Magistrate Judge
*Printed name and title*

MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Federal Public Defender Office (elizabeth_molina@fd.org, prx_notifications@fd.org, rafael_rivera@fd.org), Kayla M. Ortiz (ann_ramirez@fd.org, kayla_ortiz@fd.org, vivianne_marrero@fd.org), Celso J. Perez-Carballo (celso_perez@fd.org, karen_frame@fd.org), Natalia Quinones-Cruz (caseview.ecf@usdoj.gov, cyd.febre.rosado@usdoj.gov, efrain.padilla.ramos@usdoj.gov, natalia.quinones.cruz@usdoj.gov), US Magistrate Judge Mariana E. Bauza-Almonte (mariana_bauza@prd.uscourts.gov, prd_mba@prd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9213541@prd.uscourts.gov
Subject:Activity in Case 3:26-mj-00732-MBA USA v. Rios -Rosa Order Appointing Public Defender
Content−Type: text/html

**United States District Court**

**District of Puerto Rico**

## Notice of Electronic Filing

The following transaction was entered on 8/3/2026 at 2:18 PM AST and filed on 7/29/2026

| | |
|---|---|
| **Case Name:** | USA v. Rios −Rosa |
| **Case Number:** | 3:26−mj−00732−MBA |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
**ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Flores Yarok Rios −Rosa (1). Signed by US Magistrate Judge Mariana E. Bauza−Almonte on 7/29/2026.(vdm)**

**3:26−mj−00732−MBA−1 Notice has been electronically mailed to:**

Federal Public Defender Office prx_notifications@fd.org, elizabeth_molina@fd.org, rafael_rivera@fd.org

Celso J. Perez−Carballo celso_perez@fd.org, karen_frame@fd.org

Natalia Quinones−Cruz natalia.quinones.cruz@usdoj.gov, CaseView.ECF@usdoj.gov, cyd.febre.rosado@usdoj.gov, efrain.padilla.ramos@usdoj.gov

Kayla M. Ortiz kayla_ortiz@fd.org, ann_ramirez@fd.org, vivianne_marrero@fd.org

**3:26−mj−00732−MBA−1 Notice has been delivered by other means to:**

MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Kayla M. Ortiz (ann_ramirez@fd.org, kayla_ortiz@fd.org, vivianne_marrero@fd.org), Celso J. Perez-Carballo (celso_perez@fd.org, karen_frame@fd.org), Federal Public Defender Office (elizabeth_molina@fd.org, prx_notifications@fd.org, rafael_rivera@fd.org), Natalia Quinones-Cruz (caseview.ecf@usdoj.gov, cyd.febre.rosado@usdoj.gov, efrain.padilla.ramos@usdoj.gov, natalia.quinones.cruz@usdoj.gov), US Magistrate Judge Mariana E. Bauza-Almonte (mariana_bauza@prd.uscourts.gov, prd_mba@prd.uscourts.gov)
--Non Case Participants: ad hoc (emanuel_bravo@prp.uscourts.gov, prp_pretrial@prp.uscourts.gov)
--No Notice Sent:

Message-Id:9217597@prd.uscourts.gov
Subject:Activity in Case 3:26-mj-00732-MBA USA v. Rios -Rosa Order
Content−Type: text/html

**United States District Court**

**District of Puerto Rico**

## Notice of Electronic Filing

The following transaction was entered on 8/6/2026 at 10:58 AM AST and filed on 8/6/2026

| | |
|---|---|
| **Case Name:** | USA v. Rios −Rosa |
| **Case Number:** | 3:26−mj−00732−MBA |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
**ORDER as to Flores Yarok Rios −Rosa (1): Identity, Removal, and Bail Hearing set for 8/12/2026 at 1:30 PM will be held in Old San Juan Courtroom 4 − 3rd Floor before US Magistrate Judge Mariana E. Bauza−Almonte. Signed by US Magistrate Judge Mariana E. Bauza−Almonte on 8/6/2026.(vdm)**

**3:26−mj−00732−MBA−1 Notice has been electronically mailed to:**

Federal Public Defender Office     prx_notifications@fd.org, elizabeth_molina@fd.org, rafael_rivera@fd.org

Celso J. Perez−Carballo     celso_perez@fd.org, karen_frame@fd.org

Natalia Quinones−Cruz     natalia.quinones.cruz@usdoj.gov, CaseView.ECF@usdoj.gov, cyd.febre.rosado@usdoj.gov, efrain.padilla.ramos@usdoj.gov

Kayla M. Ortiz     kayla_ortiz@fd.org, ann_ramirez@fd.org, vivianne_marrero@fd.org

**3:26−mj−00732−MBA−1 Notice has been delivered by other means to:**

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

RECEIVED & FILED
CLERK'S OFFICE
AUG 12 2026
US DISTRICT COURT
SAN JUAN, PR

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

United States of America
v.
Flores Yarok Rios Rosa

*Defendant*

Case No. 26 732 (MBA)

Charging District's Case No. 26-194 (SHS)

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

(SDNY)

I understand that I have been charged in another district, the *(name of other court)* Southern District of New York.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/12/26

*Defendant's signature*

*Signature of defendant's attorney*

Kayla Ortiz

*Printed name of defendant's attorney*

MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Celso J. Perez-Carballo (celso_perez@fd.org, karen_frame@fd.org), Federal Public Defender Office (elizabeth_molina@fd.org, prx_notifications@fd.org, rafael_rivera@fd.org), Kayla M. Ortiz (ann_ramirez@fd.org, kayla_ortiz@fd.org, vivianne_marrero@fd.org), Natalia Quinones-Cruz (caseview.ecf@usdoj.gov, cyd.febre.rosado@usdoj.gov, efrain.padilla.ramos@usdoj.gov, natalia.quinones.cruz@usdoj.gov), US Magistrate Judge Mariana E. Bauza-Almonte (mariana_bauza@prd.uscourts.gov, prd_mba@prd.uscourts.gov)
--Non Case Participants: PRP Calendars, Rule 5 docs, Crim Cmp. (prp_pretrial@prp.uscourts.gov), USM Operations (prd-cellblock@usdoj.gov, usms.prdpriserv@usdoj.gov), ad hoc (marcos.mercado-nunez@usdoj.gov, prd-cellblock@usms.doj.gov)
--No Notice Sent:

Message-Id:9225790@prd.uscourts.gov
Subject:Activity in Case 3:26-mj-00732-MBA USA v. Rios -Rosa Removal Hearing
Content−Type: text/html

**United States District Court**

**District of Puerto Rico**

## Notice of Electronic Filing

The following transaction was entered on 8/13/2026 at 2:19 PM AST and filed on 8/12/2026

| | |
|---|---|
| **Case Name:** | USA v. Rios −Rosa |
| **Case Number:** | 3:26−mj−00732−MBA |
| **Filer:** | |
| **Document Number:** | 10(No document attached) |

**Docket Text:**
**Minute Entry for proceedings held before US Magistrate Judge Mariana E. Bauza−Almonte: Identity, Bail, and Removal Hearing as to Flores Yarok Rios−Rosa (1) held on 8/12/2026. Present were AUSA Corinne Cordero covering for AUSA Natalia Quinones, AFPD Kayla M. Ortiz, and USPO August Castro. Defendant was under custody, present in court, and assisted by a certified court interpreter. Defendant waived his right to have an identity hearing and did not contest his identity. The Court accepted the waiver and made a finding that the defendant Flores Yarok Rios−Rosa is the individual being sought in the Southern District of New York where a superseding indictment with Cr. No. S1 26−cr−194 (SHS) was returned against him. As to bail, AFPD Ortiz argued for conditions of release. AUSA Cordero moved for detention on both grounds. USPO Castro was also heard. After having heard the parties, the Court adopted the findings and recommendations of the pretrial services report (PTSR) and ordered defendant detained pending trial. The U.S. Marshal was ordered to remove the defendant to the Southern District of New York for further proceedings. (Court Reporter DCR.) (Hearing held in OSJ Courtroom 4.) Hearing set for 01:30. Hearing held at 01:38. Hearing ended at 01:58. Interpreter: Edna Brayfield. (vdm)**

**3:26−mj−00732−MBA−1 Notice has been electronically mailed to:**

Federal Public Defender Office prx_notifications@fd.org, elizabeth_molina@fd.org, rafael_rivera@fd.org

Celso J. Perez−Carballo celso_perez@fd.org, karen_frame@fd.org

Natalia Quinones−Cruz natalia.quinones.cruz@usdoj.gov, CaseView.ECF@usdoj.gov, cyd.febre.rosado@usdoj.gov, efrain.padilla.ramos@usdoj.gov

Kayla M. Ortiz kayla_ortiz@fd.org, ann_ramirez@fd.org, vivianne_marrero@fd.org

**3:26−mj−00732−MBA−1 Notice has been delivered by other means to:**

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America<br>v.<br>Flores Yarok Rios-Rosa<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 26-732 (M) |

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☑ **A.** Motion of the Government for a detention hearing pursuant to 18 U.S.C. § 3142(f)(1) because the defendant is charged with:

- ☐ **(1)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in l8 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**
- ☐ **(2)** an offense for which the maximum sentence is life imprisonment or death; **or**
- ☑ **(3)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801–904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951–971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501–70508); **or**
- ☐ **(4)** any felony if such person has been convicted of two or more offenses described in Subparagraphs (1) through (3) of this paragraph or two or more of such offenses if a circumstance giving rise to federal jurisdiction had existed, or a combination thereof; **or**
- ☐ **(5)** any felony that is not otherwise a crime of violence but involves **(a)** a minor victim; **(b)** the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921); **(c)** any other dangerous weapon; or **(d)** a failure to register under 18 U.S.C. § 2250;

**OR**

☐ **B.** Motion of the Government or the Court's own motion for a detention hearing pursuant to 18 U.S.C. § 3142(f)(2) because the case involves:

- ☐ **(1)** a serious risk that the defendant will flee if released; **or**
- ☐ **(2)** a serious risk that the defendant will obstruct or attempt to obstruct justice or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror if released.

The Court found that the Government established one or more of the factors above, held a detention hearing, and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

## Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☑ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

- ☐ **(1)** the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):
  - ☐ **(a)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**
  - ☐ **(b)** an offense for which the maximum sentence is life imprisonment or death; **or**
  - ☑ **(c)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801–904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951–971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501–70508); **or**
  - ☐ **(d)** any felony if such person has been convicted of two or more offenses described in subparagraphs (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to federal jurisdiction had existed, or a combination of such offenses; **or**
  - ☐ **(e)** any felony that is not otherwise a crime of violence that involves: **(i)** a minor victim; **(ii)** the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921); **(iii)** any other dangerous weapon; or **(iv)** a failure to register under 18 U.S.C. § 2250; **and**
- ☐ **(2)** the defendant has been convicted of a federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to federal jurisdiction had existed; **and**
- ☐ **(3)** the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a federal, State, or local offense; **and**
- ☐ **(4)** a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

☐ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

- ☐ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801–904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951–971), or Chapter 705 of Title 46 (46 U.S.C. §§ 70501–70508);
- ☐ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;
- ☐ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;
- ☐ **(4)** an offense under Chapter 77 of Title 18 (18 U.S.C. §§ 1581–1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**
- ☐ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☑ **C. Application of Any Presumption Established Above**

☑ The defendant has not rebutted the presumption.
**OR**
☐ The defendant has rebutted the presumption.

## Part III - Analysis and Statement of the Reasons for Detention

After considering any applicable presumption, the nature and circumstances of the defendant's alleged conduct, the defendant's history and characteristics, the other factors set forth in 18 U.S.C. § 3142(g), the information presented at the detention hearing, and the available conditions of release under 18 U.S.C. § 3142(c), the Court concludes that the defendant must be detained pending trial because the Government has proven:

☑ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☑ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

The reasons for detention include the following checked items (*After this list, add any additional items or explanations as needed to comply with the requirement for a written statement of reasons under 18 U.S.C. § 3142(i).*):

☑ The offense charged is a crime of violence, a violation of § 1591, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device.
☐ Weight of evidence against the defendant is strong.
☑ Subject to lengthy period of incarceration if convicted.
☐ Lack of significant family or other ties to the community.
☐ Significant family or other ties outside the United States.
☐ Lack of legal status in the United States.
☐ Subject to removal or deportation after serving any period of incarceration.
☐ Lack of stable residence.
☐ Lack of stable employment.
☐ Lack of financially responsible sureties.
☐ Prior attempt(s) to evade law enforcement.
☐ Use of alias(es) or false documents.
☑ History of alcohol or substance abuse.
☑ Prior criminal history.
☐ History of violence or use of weapons.
☑ Prior violations of probation, parole, or supervised release.
☐ Prior failure to appear in court as ordered.
☐ On probation, parole, and/or release pending trial, sentence appeal, or completion of the sentence at the time of the alleged offense.
☑ Participation in criminal activity while on probation, parole, or supervision.
☑ The defendant's release poses serious danger to any person or the community.

OTHER REASONS OR FURTHER EXPLANATION:

The Court adopts the findings and recommendations of the Pretrial Services Report. The Defendant presented as a part of his argument for conditions of release his relationship with his children, but has over $20,000 in child support debt. He also mentioned enjoying the opportunities he received through his federal supervision, but was already revoked once after he was convicted for drug trafficking again and is now facing an Indictment for drug trafficking. His history of violations show that he is unwilling to abide by the conditions of release.

**Part IV - Directions Regarding Detention**

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: 8/12/2026

s/ Mariana E. Bauzá-Almonte
U.S. Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America<br>v.<br>Flores Yarok Rios-Rosa<br><br>*Defendant* | ) <br>) <br>) <br>) <br>) <br>) | Case No. 3:26-mj-00732-MBA<br><br>Charging District's<br>Case No. 1:26-cr-194-SHS-3 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Southern District of New York, *(if applicable)* ________ division. The defendant may need an interpreter for this language: Spanish.

The defendant: ❒ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 08/12/2026

S/Mariana E. Bauzá-Almonte
*Judge's signature*

U.S. Magistrate Judge, Mariana E. Bauzá-Almonte
*Printed name and title*