Duration: 8 min
Proceeding via: ☐ CourtCall ☐ AT&T ☑ In Person

DOCKET No. 26 Cr 194 (SHS) DEFENDANT Flores Yarok Rios-Rosa

AUSA James Mandilk DEF.'S COUNSEL Carla Sanderson
☐ RETAINED ☐ FEDERAL DEFENDERS ☑ CJA ☐ PRESENTMENT ONLY

☑ Spanish INTERPRETER NEEDED
☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Brady Warning Given

☐ Rule 5 ☐ Rule 9 ☑ Rule 5(c)(3) ☐ Detention Hrg.
DATE OF ARREST 7/29/2026 in PR ☐ VOL. SURR.
TIME OF ARREST 8:50 AM ☐ ON WRIT
☐ Other: ______
TIME OF PRESENTMENT 12:57 PM

---

**BAIL DISPOSITION**

☐ SEE SEP. ORDER
☑ DETENTION ON CONSENT W/O PREJUDICE ☐ DETENTION: RISK OF FLIGHT/DANGER ☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: ______
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $______ PRB ☐ ______ FRP
☐ SECURED BY $______ CASH/PROPERTY: ______
☐ TRAVEL RESTRICTED TO SDNY/EDNY/______
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ______
______; REMAINING CONDITIONS TO BE MET BY: ______

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY ☐ CONFERENCE BEFORE D.J. ON ______
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL ______

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED ☐ CONTROL DATE FOR REMOVAL: ______

---

PRELIMINARY HEARING DATE: ______ ☐ ON DEFENDANT'S CONSENT

**DATE:** 11/4/2026

[signature]
**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE PINK – U.S. ATTORNEY'S OFFICE YELLOW – U.S. MARSHAL GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016